Rev. 4/15

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT
### CIVIL APPEAL STATEMENT

**Please TYPE.** Attach additional pages if necessary.

11th Circuit Docket Number: **25-14053-CC**

**Caption:** Hilary Jacobs, et al. v. Chuck Catlin, et al.

- District and Division: Northern District of Georgia
- Name of Judge: Judge Steve Grimberg
- Nature of Suit: Civil Rights
- Date Complaint Filed: 03-10-2025
- District Court Docket Number: 1:25-CV-01290-SDG
- Date Notice of Appeal Filed: 11-12-2025
- [ ] Cross Appeal   [ ] Class Action

Has this matter previously been before this court?
[ ] Yes   [x] No

If Yes, provide:
(a) Caption:
(b) Citation:
(c) Docket Number:

**For Appellant:**
[ ] Plaintiff
[ ] Defendant
[ ] Other (Specify)

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Glen K. Allen | 5423 Springlake Way, Baltimore MD 21212 | 410-902-6953 |
| Charles R. Shepperd | 121 Ridgeland Way, Atlanta, GA 30305 | 706-825-9567 |
| Frederick C. Kelly III | One Harriman Square, Goshen, NY 10924 | 845-294-7943 |

**For Appellee:**
[ ] Plaintiff
[x] Defendant
[ ] Other (Specify)

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Jeffrey R. Saxby | 191 Peachtree Street NE, Atlanta, GA 30303 | 404-954-6951 |
| Pearson K. Cunningham | 191 Peachtree Street NE, Atlanta, GA 30303 | 404-526-6068 |

Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| [x] Federal Question | [ ] Final Judgment, 28 USC 1291 | [ ] Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ _excess of_ $75,000 |
| [ ] Diversity | [x] Interlocutory Order, 28 USC 1292(a)(1) | [ ] Default Judgment | Amount Sought by Defendant: $ |
| [ ] US Plaintiff | [ ] Interlocutory Order Certified, 28 USC 1292(b) | [ ] Summary Judgment | Awarded: $ |
| [ ] US Defendant | [ ] Interlocutory Order, Qualified Immunity | [ ] Judgment/Bench Trial | to |
| | | [ ] Judgment/Jury Verdict | Injunctions: |
| | [ ] Final Agency Action (Review) | [ ] Judgment/Directed Verdict/NOV | [ ] TRO |
| | [ ] 54(b) | [x] Injunction | [ ] Preliminary  [ ] Granted |
| | | [ ] Other | [ ] Permanent  [x] Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☒ Yes ☐ No
What is the issue you claim is one of First Impression? Interpretation of Georgia statute on littering as applied to political pamphlets

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☒ Yes ☐ No
If Yes, provide
(a) Case Name/Statute: Section 16-7-42 of Georgia Code
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☒ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☒ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☒ Yes ☐ No
(b) Among circuits? ☐ Yes ☒ No

If Yes, explain briefly: District Court's decision to abstain conflicts with Tokyo Gwinnett, LLC v. Gwinnett County, 940 F.3d 1254 (11th Cir. 2019) and For Your Eyes Alone, Inc. v. City of Columbus, Ga., 281 F.3d 1204 (11th Cir. 2002)

(5) Issues proposed to be raised on appeal, including jurisdictional challenges: Whether the District Court properly applied Younger v. Harris, 401 U.S. 37 (1971) abstention doctrine - and if, as Appellants contend, it did not do so, Appellants are entitled to a preliminary injunction to enjoin the unconstitutional and bad faith prosecution in Georgia state court against them on "littering" charges because of their distribution of colportage, i.e. political flyers.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 26th DAY OF November 2025

Glen K. Allen
NAME OF COUNSEL (Print)

Glen K. Allen
SIGNATURE OF COUNSEL